

**Yankwitt**
LLP

140 Grand Street · Suite 705 · White Plains · New York · 10601 · (914) 686-1500 phone · (914) 487-5000 fax · www.yankwitt.com

Russell M. Yankwitt
Ross E. Morrison
Kathy S. Marks
Dina L. Hamerman
*George C. Godfrey
Benjamin R. Allee
―――――――
Craig M. Cepler
Michael H. Reed
Alicia A. Tallbe
Cassandra M. Vogel

*Not admitted in NY

June 19, 2020

**By ECF**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/19/2020

Hon. Vincent L. Briccetti
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

     Re:    In Re: Bradley C. Reifler, Case No. 7:20-cv-1427 (VB)

Dear Judge Briccetti:

    We are counsel to Lisette Ackerberg and write to respectfully request the Court terminate her as a party in the instant bankruptcy appeal. Although Ms. Ackerberg was a defendant in the underlying adversary proceeding, she is not a party to the instant appeal. (*See* Notice of Appeal, ECF No. 1.) Therefore, she should not have been identified as an appellant on the docket.

    In addition to terminating Ms. Ackerberg as a party in this appeal, we also respectfully request the Court terminate me as her attorney as I will be leaving Yankwitt LLP and will no longer be representing Ms. Ackerberg.[1]

    We appreciate the Court's attention to this matter.

Respectfully,

YANKWITT LLP

Craig M. Cepler

APPLICATION GRANTED.

The Clerk is instructed to terminate Lisette Ackerberg as a party in this case, and also to terminate Craig Cepler as counsel for Lisette Ackerberg in this case.

The Clerk is further instructed to terminate the motion. (Doc. #25).

SO ORDERED:

Vincent L. Briccetti, U.S.D.J.
June 19, 2020

―――――
[1] Ms. Ackerberg's termination as a party to this case should obviate the need for her to have an attorney of record in this case. Nonetheless, if the Court desires, we will file an appearance for another attorney on behalf of Ms. Ackerberg.